IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                          PETITIONER

VERSUS                                    CIVIL ACTION NO. 5:09cv158-DCB-MTP

BARACK OBAMA, President;
ERIC HOLDER, Attorney General;
BRUCE PEARSON, Warden;
and HARLEY LAPPIN, Director of the
Federal Bureau of Prisons                                            RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 based on the Convention Against Torture is dismissed with prejudice and to the extent the petitioner is asserting conditions of confinement complaints it is dismissed without prejudice so that the petitioner may present his conditions of confinement claims in the proper manner.

SO ORDERED AND ADJUDGED, this the  21st  day of October, 2009.

                              s/David Bramlette
                              UNITED STATES DISTRICT JUDGE